BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ~~CR~~ 4-15-71596 MAG |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL OF COMPLAINT |
| ANTHONY TORRES, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the Criminal

//

NOTICE OF DISMISSAL
~~CR~~ 4-15-71596 MAG

1 Complaint in the above-captioned matter.  The government further requests that the hearing for

2 arraignment on information or indictment currently set for July 12, 2016, be vacated.

4 DATED:  July 11, 2016                                         Respectfully submitted,

                                                                              BRIAN J. STRETCH
                                                                              United States Attorney

                                                                               /s/ Garth Hire_____
                                                                              GARTH HIRE
                                                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Complaint.  The Complaint is therefore dismissed and the hearing for arraignment on information or indictment currently set for July 12, 2016, is hereby vacated.

Date:  July 11, 2016                                         _____
                                                                              HON. KANDIS A. WESTMORE
                                                                              United States Magistrate Judge

NOTICE OF DISMISSAL
~~CR~~ 4-15-71596 MAG